IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PEDRO H. CONTRERAS and<br>BARBARA CONTRERAS,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>PIONEER CREDIT RECOVERY,<br><br>       Defendants. | § § § § § § § § § § § § § | Civil Action<br>No. C-06-369 |

_____

| | | |
|---|---|---|
| In re:<br><br>PEDRO H. CONTRERAS and<br>BARBARA CONTRERAS,<br><br>       Debtors,<br><br>PEDRO H. CONTRERAS and<br>BARBARA CONTRERAS,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>PIONEER CREDIT RECOVERY,<br><br>       Defendants. | § § § § § § § § § § § § § § § § § § § § § | Bankruptcy Case<br>No. 01-23990-C-7<br><br>Adversary Proceeding<br>No. 06-2024 |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE
BANKRUPTCY COURT ON MOTION TO WITHDRAW THE REFERENCE**

On this day came on to be considered the Bankruptcy Court's Report and Recommendation to the District Court (D.E. 7) on Plaintiffs Pedro and Barbara Contreras' Motion to Withdraw the Reference, filed in Case No. 06-369 on September 14, 2006 (D.E. 5). For the reasons stated in the Report and Recommendation of the

Bankruptcy Court previously filed herein at D.E. 7, and after an independent review of the record, this Court specifically adopts the recommendations of the United States Bankruptcy Judge Richard S. Schmidt, as follows:

(1) The Court DENIES Plaintiffs Pedro and Barbara Contreras' Motion to Withdraw the Reference (D.E. 5).

(2) The above-styled action is to remain pending in the United States Bankruptcy Court for the Southern District of Texas, before the Hon. Richard S. Schmidt, for pre-trial matters.

(3) When and if the above-styled action is ready for trial, any party may again move for withdrawal of the reference. The Bankruptcy Court shall then issue a further report and recommendation, which will be considered by this Court.

(4) The United States' Motion to Dismiss Plaintiffs' Pedro and Barbara Contreras' Adversary Complaint and/or Civil Action No. 06-369, filed in Case No. 06-369 on August 31, 2006 (D.E. 3), is hereby MOOT.

SIGNED and ENTERED this 10th day of November, 2006.

_____
Janis Graham Jack
United States District Judge